■ WILLIAM CHOBOY et al., Respondents, v. EDWARD DUNAJ, Appellant. — Motion granted to prosecute appeal on the original record and five briefs typewritten or reproduced pursuant to CPLR 5529 and the time for filing and serving said briefs extended to April 11, 1972. No further extension will be granted. (See *Caira* v. *McKenna*, 23 A D 2d 325.)

■ ALBERT WEISS, Appellant, v. JOSEPH PINTO et al., Respondents.— Motion to vacate order dismissing appeal or in the alternative for other relief denied. (See *Caira* v. *McKenna*, 23 A D 2d 325.)

■ MANLEY ACKERMAN et al., Respondents, v. CARL BURCH, Appellant.— Motion granted and appeal dismissed, without costs. (See 10 Carmody-Wait 2d New York Practice, § 70:16, pp. 286–287.)